# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155717(48)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                               SC:  155717
                                                                COA:  329961
                                                                Kent CC:  15-000819-FH
JEROME ROMEY SUEING,
            Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of defendant-appellant to file a supplement with additional information and issues is GRANTED.  The supplement submitted on August 29, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2017

Clerk